UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GARY RIGGS,<br><br>                Defendant. | Case No. MJ20-350 MLP<br><br>DETENTION ORDER |

Offenses charged:

      Count 1:     Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) and 7.

Date of Detention Hearing:  June 17, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 08-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant has a history of violent conduct, including mailing threatening

DETENTION ORDER - 1

1    communications, assault, obstructing law enforcement, and escape. The Court

2    therefore finds that he is a danger to the community and a flight risk.

3    2.   Upon advice of counsel, Defendant declined to be interviewed by Pretrial

4    Services. Therefore, there is limited information available about him.

5    3.   There does not appear to be any condition or combination of conditions that will

6    reasonably assure the Defendant's appearance at future court hearings while

7    addressing the danger to other persons or the community.

8    IT IS THEREFORE ORDERED:

9    (1)  Defendant shall be detained pending trial, and committed to the custody of the

10   Attorney General for confinement in a correction facility separate, to the extent

11   practicable, from persons awaiting or serving sentences or being held in custody

12   pending appeal;

13   (2)  Defendant shall be afforded reasonable opportunity for private consultation with

14   counsel;

15   (3)  On order of a court of the United States or on request of an attorney for the

16   government, the person in charge of the corrections facility in which Defendant is

17   confined shall deliver the Defendant to a United States Marshal for the purpose of

18   an appearance in connection with a court proceeding; and

19   (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

20   counsel for the Defendant, to the United States Marshal, and to the United States

21   Pretrial Services Officer.

22   //

23   //

DETENTION ORDER - 2

DATED this 17th day of June, 2020.

*[Signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3